# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**REYNALDO LAMPLEY,**<br><br>     **Defendant.** | **8:23CR121**<br><br>**AMENDED ORDER** |

This matter comes before the Court on the Motion to Extend (Filing No. 46). After review of the motion and for good cause shown, the Court finds the extensions should be granted. Accordingly,

**IT IS ORDERED** that the Motion to Extend (Filing No. 46) is granted and the order (Filing No. 43) is amended as follows:

1. On or before **February 15, 2024**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **February 22, 2024**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **February 29, 2024**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephonic status conference set for February 8, 2024, is cancelled. A telephonic status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **March 7, 2024, at 11:30 AM.** Counsel shall use the conferencing instructions at Filing No. 44 to participate in the call.

Dated this 17th day of January 2024.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge