#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:23CR121** |
| vs. | **SECOND AMENDED ORDER** |
| **REYNALDO LAMPLEY,** | |
| **Defendant.** | |

This matter comes before the Court on the Motion to Extend ([Filing No. 48](#)). After review of the motion and for good cause shown, the Court finds the extensions should be granted. Accordingly,

**IT IS ORDERED** that the Motion to Extend ([Filing No. 48](#)) is granted and the amended order ([Filing No. 47](#)) is amended as follows:

1. On or before **April 1, 2024**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **April 8, 2024**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **April 15, 2024**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephonic status conference set for March 7, 2024, is cancelled. A telephonic status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **April 22, 2024, at 11:30 AM.** Counsel shall use the conferencing instructions at [Filing No. 44](#) to participate in the call.

Dated this 15th day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge