# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>REYNALDO LAMPLEY,<br><br>                 Defendant. | 8:23CR121<br><br>**THIRD<br>AMENDED ORDER** |

      This matter comes before the court on the Motion to Extend (Filing No. 50). After review of the motion and for good cause shown, the Court finds the requested extension should be granted. Accordingly,

      **IT IS ORDERED** that the Motion to Extend (Filing No. 50) is granted and the second amended order (Filing No. 49) is amended as follows:

1. On or before **May 22, 2024**, the government shall file its brief in opposition to the defendant's Restricted Motion to Suppress (Filing No. 40). *See* NECrimR 12.3(c).

2. The telephone status conference on **April 22, 2024,** is cancelled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **May 22, 2024, at 11:30 AM.** Counsel shall use the conferencing instructions at Filing No. 44 to participate in the call.

3. All other deadlines are stayed pending further order of the court.

Dated this 12th day of April, 2024.

                                                          BY THE COURT:

                                                          s/ Michael D. Nelson<br>
                                                          United States Magistrate Judge